UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>James E. Levin, and<br>Jacklyn Sutcivni<br>　f/k/a Jacqueline Vachon-Jackson<br><br>　　　　Defendants. | Case No.: |

GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment and all related paperwork be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　CARMEN M. ORTIZ
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By:　　/s/ Michelle L. Dineen Jerrett
　　　　　　　　　　　　　　　MICHELLE L. DINEEN JERRETT
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　District of Massachusetts
　　　　　　　　　　　　　　　Donohue Federal Building
　　　　　　　　　　　　　　　595 Main Street
　　　　　　　　　　　　　　　Worcester, Massachusetts 01608
　　　　　　　　　　　　　　　Michelle.dineen.jerrett@usdoj.gov

Dated: August 24, 2016

*[Handwritten: Motion to seal granted. David H. Hennessy]*