IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, |  |
| Plaintiff, | |
| vs. | **Criminal No.**16-CR-40031-TSH |
| James E. Levin, and | **FILED UNDER SEAL** |
| Jacklyn Sutcivni | |
| f/k/a Jacqueline Vachon-Jackson, | |
| Defendants. | |

## **GOVERNMENT'S MOTION TO UNSEAL INDICTMENT FOR A LIMITED PURPOSE**

The United States of America hereby moves this Court to direct that the above-referenced

indictment be unsealed for the limited purpose of providing a copy to the defendant James E.

Levin and his attorney for an initial appearance and arraignment on the indictment.

In support of this motion, the government states that the co-defendant has not yet been

arrested, and unsealing of the indictment on the docket could jeopardize apprehension of the co-

defendant. In order to protect such information from dissemination, the government moves to

unseal the indictment only for the limited purpose of providing the indictment to the defendant

Levin and his attorney for an initial appearance and arraignment.

> Respectfully submitted,
> CARMEN M. ORTIZ
> United States Attorney

By:  */s/ Michelle L. Dineen Jerrett*
MICHELLE L. DINEEN JERRETT
Assistant U.S. Attorney
United States Attorney's Office
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608
Michelle.dineen.jerrett@usdoj.gov

Dated: August 25, 2016