# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

James Levin

**APPEARANCE**

Case Number: 16-cr-40031

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Levin

[stamp: 2016 AUG 25 A 11:5_]

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [X] Retained
- [ ] Pro Bono

8/25/16
Date

_____
Signature

Adamo Lanza                    689190
Print Name                     Bar Number

10 Winthrop Sq. 4th Fl.
Address

Boston           MA            02110
City             State         Zip Code

781-820-0381
Phone Number                   Fax Number