IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>James E. Levin, and<br>Jacklyn Sutcivni<br>  f/k/a Jacqueline Vachon-Jackson,<br><br>    Defendants. | Criminal No. 16-CR-40031-TSH |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the above-referenced indictment be unsealed.

In support of this motion, the government states that both of the defendants have been arrested, and there is no longer a need to keep the indictment under seal.

                                            Respectfully submitted,
                                            CARMEN M. ORTIZ
                                            United States Attorney

By:    */s/ Michelle L. Dineen Jerrett*
        MICHELLE L. DINEEN JERRETT
        Assistant U.S. Attorney
        United States Attorney's Office
        District of Massachusetts
        Donohue Federal Building
        595 Main Street
        Worcester, Massachusetts 01608
        michelle.dineen.jerrett@usdoj.gov

Dated: August 26, 2016