March 17, 2021

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

This is the hardest letter I have ever written in my life. In my desperate desire to portray my husband, Jim Levin, as the man I know so well and love, I suddenly find myself at a loss for words. Usually, I would turn to Jim in times like these. He is never at a loss for words. He charmed me with his words over forty years ago. It was his kindness, his sense of humor, and his trusting and loving nature that made me fall in love with him. Jim always made me feel we could tackle the world together. I thought we would be partners forever.

I have seen Jim's loving nature up close. I've watched him give and give and give of himself, to yet, give more. I have watched Jim work so hard on a project to only get burned by a partner, but then I would watch him stand up, brush himself off, and help the next person. Jim trusts people the way he wants them to trust him. I've seen him hurt by it; I've asked him to stop, but he reminds me it's this part of his character I admire, and I would miss.

We were married only three years when my mom became sick. Jim was busy with Suffolk Law School, but he found the time to study and help me care for my mom until the day she died. I'm sure you have read this theme throughout many of his character letters from family and friends. Jim constantly gives of himself 100%. His phone rings with friends and family asking for help, usually they don't even have to ask, and Jim is already out the door. Jim, the first responder to the rescue; his heart on his sleeve and ready to help.

I don't know how he has had the time to do what he has accomplished. During law school, he dropped everything to care for my mom and then take his exams. Jim would sit with her for hours and talk. He would carry her into the house, make her feel she was the most important person in the world, and focus solely on her. He would then leave and manage to study, go to school, and learn. These acts of kindness weren't only for family, they were also for friends and even strangers. He would rescue his brother Tom from the abuse of his mom and her drinking and then would find time to help a stranger change a tire. Jim created the "Perfect Kids Day" for our son, Denys and his friends. The joy in Denys's eyes was priceless. His father borrowed a limousine, took them bowling, out for pizza, into Boston, and then even to the movies – anything a young man would love, Jim ensured that special day would happen. Jim's love for our son is palpable. His devotion to Denys was unmatched, until now. Denys has a beautiful 15-month year old daughter, Georgina (Georgie), who makes Jim light up like he used to be. I am saddened that Jim will be in prison for the birth of our second granddaughter in September. But I know once he is released, he will love and care for her, and she will understand the greatest love of a grandparent.

Although Jim continues to help people as he has always done, the toll of the past eight years, and specifically the last four, has dimmed his inner light and has made our marriage situation almost untenable. After the initial news story was published, Jim found it difficult to find

work. Always the provider, he suddenly became the pariah. We had to move to a smaller home, and he spent years trying to get back on his feet.

I know my husband never intended to fail with the 5 May Street project. I know his intentions were always to work with the city to establish much needed affordable housing in Worcester. Although some of his actions may have been questionable and not his normal behavior, his heart was always in the good that could be accomplished with 5 May Street. Jim spent hours and hours looking for funding to complete the project. Jim was devastated when the City of Worcester would not let him transfer the property to an organization that would be willing to complete the project. While Jim relied on others' expertise to aid him in the project, he worked tirelessly to complete it.

I know that Jim tried to protect me from the probing of the investigation and carried the stress alone until, with the statute of limitations a month out, Jim was arrested and indicted. I know the failure of the project almost broke him. I know Jim constantly asked for help to finish the project while also trying to show all the positive things his company had done to the building. But swimming against the tide, Jim eventually failed.

Since then, Jim's drinking has increased. While always a social drinker who sometimes drank too much, I see him now as the alcoholic he is. And while I don't drink, I hope for the day that Jim doesn't need alcohol to calm him, help him sleep, or help him find the laughter in life. And although he has tried to smile, this process has hardened him. Jim is unable to sleep most nights and after pre-trial probation for 4 ½ years, we are both exhausted and depleted. I've gone from fear that Jim would commit suicide to anger that he exposed his family to his aberrant activity. I know my husband has done all he could. I understand he has suffered as well. I see glimpses of "my" Jim when he holds Georgie, I see glimpses and have hope we will go back to our normal life. While I hope that and I plan to help Jim throughout his incarceration and after, I do not know if we can go back to our normal life. I just hope you see my words, the words of Jim's friends and loved ones, and understand he is a good man who made a poor error in judgment, and even though I have asked if others are to blame, Jim says, it ultimately was his responsibility. This is the Jim I know and the man who stands before you now.

Thank you, your honor, for reading my letter and I hope that you will show Jim understanding and leniency.

Sincerely,

*Jan Gardner*

Jan Gardner

Thomas Levin
3621 Noontide Ln.
Celina, TX 75009
tlevin11@gmail.com
(972) 841-6130

November 30, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman

My name is Tom Levin. Jim Levin is my older brother. I am 7 years his junior. It is hard to square the Jim I know with the situation I see him in now. I can only try to explain how important Jim has been in my life.

Growing up, our homelife was difficult and quite dysfunctional. After our parents split when I was 4, my father was absent through much of my childhood. Our mother did what she could but her drinking and the string of questionable baby sitters she enlisted in exchange for room and board helped created a chaotic and generally unsafe atmosphere for a child. She had to reenter the workforce after 20 years and things were tough at home leading to money issues and food insecurity. Her second marriage to a man with anger issues only increased the chaos and dysfunction.

Through it all, Jim was a constant source of stability, mentorship, and refuge to me. Many people comment on how our speech and mannerisms are very similar. That is because in the absence of a present father figure, I modelled myself on Jim. When he got married, Jim and his wife took an apartment within walking distance. This allowed me to stop by after school, for meals, and on weekends. Whenever I was in trouble, Jim was my first call. There are numerous stories I could tell about Jim and what he has meant to me, but I'll relate just one here.

When I was 16, my mother and stepfather got into a particularly bad argument. My mother was drunk and had been deep frying shrimp. She managed to set the range hood on fire. This led to my stepfather screaming at her. She began to throw plates at him. We had a huge collection of mismatched plates, so she had a lot of ammunition. I called Jim immediately. He showed up within minutes and I sat in his car with his wife Jan. We made awkward small talk while Jim tried to physically intervene. My stepfather, a very strong warehouse worker, grabbed Jim by the stomach and jerked him out of the way. Later, Jim developed a hand-shaped bruise on his stomach. Nonetheless, he managed to defuse the situation and keep it from spiraling farther out of control. When I finally went back in, I saw Jim calmly sweeping up the plate shards.

This is just one of many stories I could offer to show what Jim has meant to me. When she hears stories like this, my wife wonders how I can be as well-adjusted as I am. This is in large part due to Jim. I owe so much to him including life skills that others might learn from their parents: From childhood skills like how to tie my shoes and ride a bike, to adult skills like how to negotiate a car loan, how to conduct myself in the workplace, how to buy a house and so many others. I hope this letter will help show the debt that I owe Jim. Perhaps this will give you a fuller picture of what a good person Jim is and will help you in your upcoming decision regarding his future.

Sincerely,

Thomas Levin

Denys G. Levin
44 Longwood Avenue
PO Box 184
Hyannis Port, MA 02647

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

December 12th, 2020

Dear Honorable Timothy S. Hillman,

I am writing this letter on behalf of my father, James E. Levin. I hope these words shed some light on the man that stands before you. I am biased, but my dad has been the consummate father -- one that I have looked up to each and every day as long as I can remember.

My dad's overarching message throughout my life has been about the value of time. It is a precious commodity and needs to be valued. He showed me the value of time by being a constant presence in my life. Whether it be only missing two sporting events out of ~500+ I participated in or coming home early from work to sit patiently as a sounding board as I sifted through the minutiae of U.S. history, he has always been there, able, and willing to be a resource for me.

This is a dad who when on one occasion in college, I was wrestling with an important decision, offered to drive 4+ hours to upstate New York to listen to me and offer advice. I selfishly took him up on that offer and off he went driving to Hamilton, New York to sit and talk to me for an hour and then drive the 4+ hours home. I think about these things more now as a father of baby girl (one on December 20th) and what sacrifices I will make for her. What time will I carve out for her throughout her life to help in any way I can. I often overlooked the things my dad did for me and our family, but realize in retrospect that it takes an immense effort to balance work and family, while being present and offering his time to me.

It is hard to think of my dad in this current position. I see a man who has already grown into one of my daughter's favorite people -- now the consummate grandfather. A man who helps others before helping himself. A man with a wealth of knowledge still imparting it on others. It is my expectation, that as someone who so values time, that he will make the most of everyday moving forward.

Thank you very much for your time.

Best,

Denys G. Levin

Cole Levin
71 Perry St., Garden
New York, NY 10014
408.529.3135
cole.levin@gmail.com

December 12, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

My name is Cole Levin, and I am Jim Levin's nephew. Or as I know him, Uncle Jimmy. Allow me to share some background on myself. I am 28 years old and currently live in New York City. I grew up in California but beginning in my early teens was able to travel with my father to spend time with Jimmy, my aunt Jan, and my cousin Denys and have continued to visit them whenever possible through my adult life.

As a teenager, my visits with Jimmy were what I looked forward to most in my year. On these trips we would go to Red Sox games, play catch in the yard, swim and do general "fun uncle" stuff. We would talk all day and usually long into the night. Jimmy would share stories from his life, always making sure to emphasize what he has learned and how to apply it to my life. He would listen to my high school problems and my limitless questions, patiently addressing all and always reminding me how much he enjoyed being able to spend time together and share his wisdom.

During these trips Jimmy would impart a greater level of maturity in me. He taught me table manners and how to speak respectfully to all in the community, among many other life skills. While he made sure we had ample time to have fun together, he also allocated time for me to work and learn. During each visit Jimmy would either offer me a job working on his current project and join work meetings. He would introduce me to his colleagues as if I were their most important client, making me feel important and mature beyond my years. To my teenage dismay, there was usually hard labor involved, and while I did not always enjoy it in the moment Jimmy would make sure I took pride in the work I had accomplished at the end of the day. On one site I recall sweating in the New England heat with the crew, all of us struggling to demolish a concrete wall with sledgehammers. Jimmy saw me straining, pulled the sledgehammer from my hands, and showed me how to properly swing the hammer while taking most of the wall down himself. This is the Jimmy I know; he never asks anyone to do work he is not willing to do himself and will never miss an opportunity to teach.

In 2010, my dad was diagnosed with terminal cancer. I was 18 at the time and just getting ready to leave for college. I was nervous to leave home when my dad needed me most, but Jimmy made it clear he would step in to support when I could not. During his six-year battle, Jimmy was constantly there supporting him and the family with whatever they needed. He would frequently drop everything he was doing to fly across the country to spend time with my dad. He would stay up late into the night talking on the phone when my Dad could not sleep due to the pain. He arranged a sailing trip for my dad, knowing sailing was one of his favorite pastimes. He was my dad's, and my, shoulder to cry on

when we were at our lowest. When he passed away, I was terrified for life without him. After my eulogy, I remember Jimmy hugging me and telling me, "you've done right by your dad" and "I have no doubt you'll be okay." Those words coming from Jimmy made me feel more prepared to enter my adulthood than any others could have.

My dad was my mentor, coach, and closest friend and as such I would speak to him nearly every day, frequently multiple times a day. These phone calls were our bond I knew I would, and do, miss the most. From the moment my dad was diagnosed, Jimmy promised he would be there to fill the void my dad left behind. He has never failed this promise. Now my daily phone calls are directed to him, sometimes just to say hi, sometimes to solve a seemingly world-ending problem in my life. Regardless of my need, he is always on the other end to listen, discuss, and offer his advice that I have come to rely on deeply. As I have grown older, my problems often turn to business. I cannot count how many he has helped me review contracts or talk through strategy applied to any situation. As he puts it, "I'm here and I'm free, so use me." Jimmy is my confidant and advisor, and always will be.

Thank you considering this letter and allowing me to share the Jimmy Levin I know. He is one of the most caring and inspiring people I know, and I hope this letter serves to convey that.

Thank you,
Cole Levin

# ASHLEY K. SHIH

1 Davis Brook Drive
Natick, MA 01760

508.397.5514
akshih@alum.mit.edu

December 14, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

Please allow me to introduce myself. My name is Ashley Shih, and I am writing this letter in support of Jim Levin. To give you context for my support, I came to Cambridge, MA, to study engineering for college in the early 90s and then returned permanently with a young family in 2004 in order for me to join a management consulting firm in the Back Bay. When I moved back in 2004, it was to a house in Natick, just down the street from Jim and his family. Over the past 16 years, I have had the pleasure of becoming good friends with Jim and getting to know him in his role as a father to Denys, as a husband to Jan, and as a friend and neighbor to me and my family. It is from this perspective that I write this letter. I was stunned when I learned about his legal troubles because this is not consistent with the man I have known for 16 years. I want to tell you about the Jim Levin I know.

Jim was the first neighbor to come by and make an earnest effort to welcome my family into the neighborhood. Shortly after we moved in, Jim and Jan rang the doorbell with baked goods in hand and sat with us in our not-fully-unpacked kitchen and made the effort to get to know us. Later that first year, I mentioned to Jim that I wanted to find a fence company to fence in our backyard, and he suggested that I could do it myself, not knowing how profoundly unhandy I am. After I set him straight, he declared that he would do it with me, and we'd be able to manage. Jim ended up spending two full weekends with me digging holes, setting (and resetting) posts, and securing wire mesh out of the generosity of his person. That fence still stands 15 years later. This is the Jim Levin I know.

A few years later, I hosted a Texas Hold 'Em poker night as a fundraiser for my children's school. Half of the buy-in fee was set aside for the school and half built the pot. Jim came in support, even though his son did not attend the school. Over the course of the evening, the school parents and others who came, including me, gradually got eliminated until Jim was one of the final two players left in the game. Although Jim had the larger stack of chips, and therefore a higher likelihood of winning, he offered to split the money for the top two finishers evenly with the other player, who declined and wanted to play it out. A few hands later Jim eliminated the other player. After the

winnings were paid out, Jim handed his first place winnings back to me and said, "this is for their school." This is the Jim Levin I know.

More recently, last year my son was in the third grade and was playing baseball. He wanted to get better at pitching, and I knew Jim had helped Denys, his own son, develop into a strong pitcher at the high school and college level so I reached out with some questions. The next weekend, Jim called to see if we were around and then took my son to a nearby field and spent an hour throwing with him. He does this for a couple of weekends in a row. One of the things Jim taught David, which as a parent I appreciated, was to manage his pitch count during practices so that he could gradually and responsibly build  strength and control while minimizing risk of injuring his shoulder. He wanted him to take a long term and responsible approach. What mattered even more is on the occasions when David asked for him, after those first couple of weekends, Jim would make the time to come by and throw with him in our backyard or the park. This is the Jim Levin I know.

Finally, and most personally, I received a cancer diagnosis in late 2018 and went through chemo and radiation treatments that year. When I was going through it, most friends contacted me in support and to wish me well and then left me to it. Jim checked in with me every week to see how I was doing and to see if I or my family needed anything. Whenever he called, he was always a much needed source of energy and levity. His reliable presence and support was important and of great comfort to me and to my family. This is the Jim Levin I know.

Thank you for considering my letter and for giving me the chance to tell you about my friend Jim Levin. As you consider his immediate future, I ask that you take into account that there is more to this man than the set of events that brought him before you. If you have any questions or wish for me to clarify or expound on anything, please do not hesitate to reach out to me at my contact information provided.

Respectfully,

Ashley K. Shih

Ashley K. Shih

Garrett Reeb
garrettreeb@gmail.com
801 Haight St #8, San Francisco, CA 94117
781-249-2953

December 13, 2020
The Honorable Judge Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main St.
Worcester, MA 01608

Dear Judge Hillman,

My name is Garrett Reeb and I've counted Jim Levin as a close family friend since at least 1997. Jim's son, Denys, and I became best friends in middle school and have stayed close ever since. My parents, Lu Ann and Warren, are also very close friends with Jan and Jim.

Jim has always been someone I look to for life advice. He has lived through much adversity and is always able to glean positive lessons from his experiences - and share his learnings with those in his community. I spent a lot of time with the Levin's during a formative time in my childhood and Jim consistently helped me feel confident in being myself. In middle school and the early years of high school, when a lot of young adults have the urge to rebel from their families and experiment with drugs and alcohol, Jim was a resource to help me and Denys navigate new landscapes. Jim was available for us to consult with about literally any topic we had questions at any hour of the day.

One of the earliest memories I have of Jim is from the late 90s when he would take Denys and I to the Blue Diner (now South Street Diner) in downtown Boston. Denys and I would have sleepovers and inevitably be up late talking about our middle school "drama" - and Jim would offer to take us to get some late night snacks and listen to our stories at the Blue Diner. It was exciting to go on these adventures to downtown Boston, but it was even more exciting to have an adult listen to our middle school trials and tribulations. Jim is a good listener and would offer tidbits of advice as we chatted over french fries and milkshakes. He just always seemed to know the right way to approach new and challenging situations. He imparted his ability to "think on his feet" during these visits - a skill I still rely on to this day. Our trips to the Blue Diner became somewhat of a ritual and are some of my favorite memories from that era of my childhood.

Jim was also an early influence for me developing a strong work ethic. My first paying "job" was working for Jim doing odds and ends maintenance and demolition work at the Holliston Mill. Denys and I worked there together during summers in middle school. To be frank, in the minds of two thirteen-year-old boys, the job sucked. We lugged demolition scraps to dumpsters and moved mulch in wheelbarrows all summer. It was far from glamorous and we definitely complained. But Jim would chuckle at our complaints, remind us that it was important to put in effort to earn our pay, and then hop

Garrett Reeb
garrettreeb@gmail.com
801 Haight St #8, San Francisco, CA 94117
781-249-2953

in and do the grunt work with us. That last part was important. Seeing an adult I looked up to set aside his ego and do the grunt work made me feel like I could get through anything. And at the end of each day we would retreat to the Levins' pool to swim and cook burgers. Those afternoons at the pool were always a glorious payoff to a hard day's work. As an adult I've had jobs that have required me to work long and difficult hours, but I've always powered through and I attribute the roots of my work ethic to those summers in Holliston with Jim.

As I've gotten older and built a life for myself, I see the Levins less often than I did while growing up, but I still consider them family. They've come to my parents' house for annual holiday gatherings for nearly two decades now. When I see Jim he's always curious about my life and how things are going for me. It's obvious that he cares about me and, to this day, offers me advice as he listens to my latest trials and tribulations - just like the nights at the Blue Diner. Jim's commitment to those in his community is a hallmark of knowing Jim. He wants to help and be of service to those he holds close.

Jim has made mistakes in his life and notably in his work in Worcester. But Jim will learn from these mistakes and glean positive lessons from them that he will share with others, like he always does. Jim is a force for good in the world. Please understand that we are better off having Jim as part of our lives and that removing him from our lives for a significant period of time will only have a negative impact on our community. Jim has always been someone from whom others learn to be better people, and this is no exception.

Sincerely,
Garrett Reeb

# STUART NIXDORFF

18 Little Neck Lane, Mashpee, MA 02493
508-341-9118 | snixdorff@gmail.com

**November 27, 2020**

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

**Dear Judge Hillman:**

I, Stuart Nixdorff, am writing this letter to provide a character reference for Mr. Jim Levin whom I have known as a friend, neighbor and business associate for 17 years.  I provide this letter with full knowledge of Mr. Levin's criminal charges.

During the time, I have known Jim, Jan and his son Denys, our relationship has developed from very close friends and neighbors to one as trusted business advisor.  Our friendship grew from our neighborhood in Natick where Jim was always the first person to stop and help any of us when he could see we were working on a project in or around our houses.  As we all moved in at similar times, there became a close working group to learn how to safely work on a thirty foot ladder, (since Jim was the only one to have one), install sod or just clean out our heating filters.  It was a time where we were all codependent on each other to truly build the foundation of a community.

As our children started to grow and enter schools, Jim and Jan were always there for younger parents like ourselves to share their experiences with Denys and his journey into school systems, how he adapted and how to help our children become both strong and independent.  These insights helped us find our way through a very challenging and complex personal process for our family.

As our trust and friendship grew with Jim, I also started asking him for informal business advice. I am a serial technology entrepreneur here in Massachusetts, founding and cofounding four companies and helping many other young founders build and shape their business. We would informally discuss the real and true challenges that happen building the business and Jim was always there to first listen and then share the different perspectives of everyone involved and help lead us to a clear solution.

Over 10 years ago, this relationship turned from friendly to formal when I ask Jim to help me build a new business, ID8 Mobile. All businesses are complex to build but this was a turnaround of an existing business where we had to rebuild the team, jobs and impact on the community. For me, it turned out to be the hardest personal and professional challenge of my life. Me and my family personally financed the company and at several times, it was very close to failure in the 2008-2009 recession. This caused us severe economic and personal struggles that led me into severe depression with frequent suicidal thoughts. I felt worried for my employees, vendors and my family. The pressures became so great that I could no longer go into the office, face my employees or even my wife.

When I thought nobody else could be there to help me, Jim was there. Jim has a brilliant ability to help me see the basics of the business, the clear way to the light and the step by step hard work to slowly move forward and build the business. Jim listened, he shared and then helped me first out of my foggy depression and then into a slow growth plan for the business when I thought there was no way out. Within a year, we had turned the business around to become one of Apple's top suppliers for the 2009 Christmas season and eventually we were able to sell the business for the benefit of the employees and stakeholders.

Since that experience, I have frequently brought Jim in to meet other entrepreneurs with complex and challenging situations. Not so much as a lawyer as all of these companies have clear legal advice but rather as an empathic, intelligent and clear advisor who can pull in all the disparate information to help them see all the pieces clearly.

During the past 17 years, Jim has always provided the most clear, ethical and passionate advice when discussing complex legal or business issues. I was truly shocked to learn of Jim's criminal charges as I had never witnessed that type of behavior in the last 10+ years of deep, complex, and financially risky situations. He never looked for a shortcut, never suggested we stretch the truth or push any line or boundary. His insights and advice were always clear,

2

straight down the middle solutions that simply pulled in everyone's perspective to drive to mutually beneficial outcomes.

Judge Hillman, I would ask for your support for Jim.   He is a helper to the community, he is impactful with other young and growing entrepreneurs, he has been honest, ethical and clear with me and other business owners.   His impact to the community is significant and we need men like Jim to help build a strong Commonwealth.

Sincerely,

**Stuart Nixdorff**

3

Vanessa Levin
3621 Noontide Ln.
Celina, TX 75009
vlevin@pre-kpages.com
(214) 662-2280

December 1, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

My name is Vanessa Levin. I'm married to Tom Levin, Jim's younger brother.  I first met Jim in 1995.  I could tell you about the time Jim rescued a cat from the wall of a widow's home, or how he housed the food pantry in one of his buildings, although both true, neither of those stories show his real character.

I spent several years waiting tables in college, it was during this time I realized one could learn a great deal about a person's true character by how they interacted with the wait staff. Here's just one interaction I witnessed while dining out with Jim in the summer of 2019.  During her first visit to our table, our server introduced herself and took our drink orders, before she left, Jim asked her for her name again. On her second visit to our table, Jim addressed her by name and asked her if she enjoyed working there. Having witnessed these types of interactions between Jim and waitstaff many times before, I knew his intentions were good. Each time she visited our table, Jim addressed the server by her first name and asked her another question.

Somewhere near the end of our meal we were startled by shouting coming from a nearby table. It quickly became evident that the guests at that table were attempting to leave without paying their bill. We watched, horrified, as the guests quickly exited the restaurant and disappeared on foot down a crowded street. Our server choked back tears as she explained that she had to pay for their meal out of her own pocket, which would leave her with no profit for her shift.  Despite this unsettling setback, she continued waiting on us with a smile.

By the end of our meal Jim had discovered the server's true ambition was to become a US citizen and work in marketing. Before we left, Jim very thoughtfully and carefully explained the exact steps she needed to take to make her dreams come true. Jim then proceeded to pay

for our meal *and* the meal of the guests who had left without paying. I returned to that same restaurant a week later, without Jim, and had the same server. She didn't remember me, and I didn't remember her name. But when I mentioned Jim, she immediately remembered him, his advice, and his kindness.

Jim's dedication to helping others goes above and beyond conversation, as demonstrated by his efforts to help those less fortunate. I first met Jim's friend, Charlie, in 2019. Charlie became deaf after an accident many years ago. Due to his profound hearing loss, he lost his job and healthcare, and his life became increasingly difficult over the years. Jim befriended Charlie a few years ago, and despite not being able to communicate in the usual way, he learned Charlie's life story. I wasn't surprised when I learned that Jim had made Charlie an appointment with a specialist and paid for special devices that would allow Charlie to regain some of his hearing. Because he has now regained some of his hearing, Charlie's job opportunities have increased.

Both stories show that Jim Levin doesn't just selflessly help others, but that he selflessly helps others, no matter their station or circumstance. I hope these examples will provide you with insight into Jim's true character and you will take them into consideration when determining his fate.

Sincerely,

Vanessa Levin

The Honorable Timothy S Hillman

United States District Court Judge

District of Massachusetts

Donahue Federal Building

595 Main Street

Worcester, MA 01608


March 20, 2021


Dear Judge Hillman,

My name is Carole Bernstein and I am a Senior Vice President and Controller at Middlesex Savings Bank where I have worked for over 40 years. I was born and raised in Acton, but my husband, Mike, and I moved to Medway in the winter of 1987. Jim and Jan were just two houses down and among the first people we befriended in the neighborhood. By the Spring of 1988, neighborly greetings began to form into fast friendships between Mike and I and the Levins and the Carsons, the house in between us. We began to count on all of them, and they us. When Jim and Jan moved out of the neighborhood to Holliston, MA, our friendship strengthened.

I am an inclusive person. I found it natural to include friends from all parts of my life together and Jim and Jan fit in perfectly. I would say that my husband and Jim were the rare breed of husbands that would prefer being in the kitchen with the wives or playing with the children. They were both comfortable in their own skin and never displayed the macho bravado that some men may exhibit.

Although no longer my neighbors two doors down, Jim and Jan were a constant at our house. Conversations about gardening turned into help with the actual projects. Jim would design the methodology of how to accomplish a project and would then help with the physical labor. It felt one-sided because Jim and Jan were always self-sufficient, but their support was immeasurable and a constant that we could always count on. Even after my daughter Emily was born, they would support her with the same energy that they supported me and Mike.

Counting on the Levin's friendship and care became necessary as my husband became sick in 2002. For three years he battled cancer, and my family, with the help of Jim and Jan, navigated the difficult years with laughter and love. I've always been an optimistic person, and I have passed that zest for life on to my daughter. This optimism has increased ten-fold after my husband died because I truly believe it is essential that we all live our lives to the fullest and hold on to the positive influences that bring us hope and joy.

Jim is one of those positive influences. As Mike became weaker, he would sit in the yard and Jim would be at his command, pulling weeds, moving plants, anything that Mike wanted. When Mike's prognosis was poor, we brought him home to hospice care so he could spend his final days surrounded by friends and family. A call from me at the hospital was all it took for Jim and some of my other friends to retrofit the dining room to a bedroom for Mike before we got home, no questions asked. Jim would hold Mike's hand, rub his feet and comfort him. I even had a party for Mike, where his friends and loved ones danced the night away and celebrated Mike's life. During those last days, I know that Mike and Jim had a conversation where Jim

promised to always be there for me and my daughter, Emily. I know this knowledge helped ease Mike's passing as Jim and Jan were there for his last breath.

Jim has been there for me and also for my daughter to this day. Moving, packing and/or driving Emily to college, New Jersey for a new job and helping her unpack her new apartment, as well as her big trip across the country for her current career. He is always willing to come and help like he did one night at midnight just a few months ago to rescue my cat that managed to crawl into a wall unbeknownst to my contractor who then plastered the wall and left for the weekend. With a crowbar, Jim was ready and willing to save Luna and laugh about it with me afterwards. I always know I can count on Jim when I need him. For a community project, a family problem or a good laugh. Always.

I have spoken to Jim about his actions in Worcester for many years. When he pled guilty, I questioned him. I knew what Jim's intentions were with the building. I knew he wanted to give back to the community; he wanted to build affordable housing. I knew Jim to be the problem solver, counselor, and listener. I knew he always looked at the big picture and relied on others to help with the paperwork or the minutiae, because he has never been good at maintaining "numbers in boxes", as he describes it. I also knew he has always been terrible with that level of detail and he assumed that the City of Worcester knew the rules better than he did and he trusted them to do as he was instructed to do.

After working at a bank for so long, I understand the government's need for mandatory reporting, the bureaucracy involved, the dictated timelines and the required processes. I also understand how easily, without proper guidance, someone could fail to meet these requirements. After questioning Jim about his plea, he told me that he ultimately signed the requisition documents, thus the responsibility of filing false documents lay solely with him. I may still have my doubts, but I will always be proud of my friend. I don't want to see him in prison for this, but I will surely support him in any way I can and visit him wherever he is placed. Maybe I will finally be able to pay him back for all the kindness he has shown me and my family.

Thank you for the opportunity to shed some light on my dear friend. I hope that you see fit to give leniency and mercy to Jim. Our community desperately needs him.


Sincerely,

Carole Bernstein

Carole Bernstein

18 Barber Street

Medway, MA 02053

(508) 254-6071

# The Stone Cobblers, L.L.C.

### A Tradition in the Elfin way of Craftsmanship

December 28, 2020

The Honorable Timothy S. Hillman

Unites States District Court Judge

District of Massachusetts

Donohue Federal Building

595 Main Street

Worcester, MA 01608

Your Honor,

I am writing you today on the behalf of James Levin. My acquaintance with Mr. Levin goes back almost two decades. My wife Helena is of Brazilian descent, coming to this country without knowing its language. We met in 2003, less than 3 years after her emigrating from Brazil. She working cleaning offices and as a painter. Jim Levin was one of her first clients. Helena always spoke very highly of Jim, as he was generous and kind to her. She committed herself to doing her best to learn the English language. However, she found a lot of native speakers would cut her short and not give her the time to formulate her thoughts into English. Jim was different. He was kind, patient and always allowed her to finish and correct her statements while also advising her on word usage and pronunciation. Additionally, it was Jim that assisted Helena in purchasing her first home in the U.S., a condo. He offered his services pro bono. He was also able to secure her a better rate on her mortgage. She never forgot his kindness to her during her first years in America.

Helena and I married in 2003 and decided to open up our own business fabricating stone countertops in 2005. We turned to Jim Levin as he offered his services and expertise on how to navigate the complicated process of opening up a business. The significance of his recommendations was immeasurable. I do not believe that we would have opened successfully and still be in business 16 years later without his sound advice. He then became a loyal client of ours. We have done a lot of work for Jim and his company in the years that followed.

We had lost touch with Jim as he moved out of state. However, upon his return he called us to do work in his new home. I appreciated his loyalty to us, as he never even considered going elsewhere. The timing of this reconnection was impeccable for us, as we had just been offered an opportunity to purchase the property in which we were leasing for the business. We were excited at the opportunity to own our space but had real reservations about such a large financial commitment. My initial feeling was that the price was too high but lost quite a lot of sleep wondering if we were missing out on a rare opportunity. Jim Levin was the person I needed at the time to help guide us. In my mind, there was no individual I trusted more with helping us preserve, protect and grow our livelihood. I am not young and this investment would have been shorter than long term. I was confident that he would give me the best professional and personal advice. Jim advised me against the purchase as he too thought the price and terms were too much, hence making the move very risky. Instead, he was able to re-work my lease to lean more in my favor as a renter and small business owner - it now offered security upon the sale to a new owner as well as in the event the economy should crash. The peace of mind he bestowed on us is something we will always be grateful for as we continue to watch our business flourish. Jim has been instrumental over the years in ensuring that progress continues to take place.

Jim did not hide the severity of the charges brought against him. However, we have always known Jim to be an honorable and upright individual. We also know that his good character is stronger than the charges against him. Despite his misjudgment, we would continue to trust Jim with all matter management. Jim is a truly conscientious, compassionate and upstanding member of our community. We humbly ask you to consider his value and request leniency when determining his sentence. Thank you for your time and consideration.

Sincerely,

Jim & Helena Donlevy

The Stone Cobblers

317  West Boylston Street  -  West Boylston, MA  01583
Phone: 774-261-4445  -  Fax: 774-261-4449

December 11, 2020

The Honorable Timothy S Hillman

United States District Court Judge

District of Massachusetts

Donahue Federal Building

595 Main street

Worcester Ma 01608

Your Honor, my name is Dan Connors. I am a sixty-five-year-old married man and father of three girls, all of whom have grown up at this point and are on their own. I run a small custom high end Upholstery business in Marlborough Massachusetts that caters to professional designers and architects in the Boston and surrounding areas. I am writing to you because I understand that a very good friend of mine, Jim Levin, has found himself in some legal trouble that I honestly was quite surprised to hear about. I have known Jim for over thirty years and find this to be very much out of character for him, so I wanted to write to you to tell you about the man I have come to know over the past years, so you can get a different view of Jim than what his crimes may show.

I met Jim roughly 30 years ago when I was moving my business to the Holliston Ma. Area. He was a landlord with space available but after a few meetings we decided that the space he had available was not a good fit for my business. Even though the space he had wasn't right Jim continued to help me find the right place to set up shop in the area without any compensation to him. We hit it off, and from that day forward I have called him my friend.

I would like to tell you a little bit more about Jim so you can get a better picture of who he is as a person. When my youngest daughter, Marlena, was about twelve years old she contracted one of the worst cases of lime disease recorded in the United States. She went from a perfectly healthy young lady to a wheelchair ridden girl and got so weak she couldn't even lift a fork to her mouth to eat, literally overnight.  She spent five years in that wheelchair and recovered eventually but it was a long and extremely difficult time in our lives. At times like that you find out who your friends are. Many people that we thought were our friends slowly disappeared from the scene. Jim was one of the few that made an extra effort to visit Marlena and make her smile. On one occasion he invited her to a Red Sox game. Needless to say, trying to maneuver a young girl in a wheelchair around Fenway Park is not an easy task. Jim thought nothing of it and showed my daughter the time of her young adult life. I will never forget the smiles and laughter Jim brought to my daughter and my wife and I when we really needed it. This is the man I have come to know over past several years.

I also know Jim to be a wonderful family man. His wife and son have always come first in his life. I can remember as his son Denys was growing up Jim would always be at the high school games when ever his son was playing. Has was always around when ever his family needed him and set a good example for all of us on what one's priorities in life should be.

I would like to finish by saying that I know the charges against Jim are serious as does he. I guess what I am asking you to consider is that this is the exception and not the rule as Jim has lived his life. As serious as this wrong he has done is, I hope you will take a complete look at who he is and

judge him accordingly. Having him spend time in jail would take him away from his friends and family and the community in which he has changed for the better. I wish I knew more people like him. Friends like Jim are hard to find.

Thank you, Your Honor, for taking the time to read this letter. I appreciate the fact that you are a very busy man and that it takes quite an effort to judge people fairly. I hope you will take this information into consideration when deciding the future of Jim Levin. He is a good man.

Sincerely,

Daniel J Connors

148 Fifty Acre Way

Carlisle, Ma 01741

Business phone   508-481-1930

Cell phone   617-680-8343

Email  Connorsdesignltd@gmail.com

2

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

December 12,2020

Dear Judge Hillman,

My name is Warren Reeb and am a friend of Jim Levin, his wife Jan and their son Denys. I live with my wife of 43 years in Dedham, MA and have owned a painting and wallpapering business since the mid 1980's. Several years ago, my youngest son Ian joined the business which we renamed Reeb Fine Painting and Paperhanging, LLC. Both of my children attended Dedham Country Day School as did Jim's son Denys. He and my oldest son Garrett were in the same grade and became close friends. Our friendship with Jim and Jan also grew at that time and they remain very close friends of ours to this day.

From the beginning of my relationship with Jim, I felt a connection. He had started his real estate development company and I was trying to build a painting/wallpapering business. Early on we both seemed to share some of the same problems: finding reliable employees, insurance costs, marketing etc. But I quickly realized there was a big difference between us. Whereas I would get mired down with problems or decision making, Jim would quickly find a solution and move on to the next problem. Years ago, I always drove a pickup truck but realized the business needed a van with shelfing inside etc. I had looked at multiple vans but for some reason couldn't make up my mind which to buy. We just happen to be having dinner with the Levin's and I was telling Jim about my indecisiveness. At the time, Nike had just launched their "Just Do It" ad campaign and Jim ask if I had seen it. Of course, we all had seen it on television and he looked me in the eye and said that was meant for me! Just do it!! Ha! I went the very next morning and bought the first of many vans.

Jim and I also share a love of renovating old buildings, bringing something old and run down back to its former glory or even better. My wife and I had restored several Victorian era homes and he was transforming old factories and mills to beautiful new office space! And along the way helping communities transform blighted areas into thriving areas. I went with him on many occasions to view the progress on his projects. He would get so excited about what was happening with the construction, how it would look when finished, the entrepreneurs and businesses that would move in and the space around the site.

This excitement spilled over with the project in Worcester at 5 May street. I remember like it was yesterday him telling me all about it and how once restored, the building would provide beautiful new housing to low-income families and help revitalize a neighborhood. After viewing the building, myself, I have to say I was somewhat skeptical, but ever the visionary, Jim

dived straight in.  So, it was with total shock and sadness to learn of his circumstances concerning this building.  The Jim I know is one who is always trying to help make things better, be it on a personal level (Just Do It) or a big project, turning old and run down into new and useful.

As a person who believes in law and order, right and wrong, I understand there is a price to pay when one steps on the wrong side as Jim evidently has done.  But as someone who has known him for over twenty-five years, I'm hoping he will have a chance to redeem himself and once again contribute to the betterment of society.

With regards,

Warren Reeb
Reeb Fine Painting and Paperhanging, LLC
288 Highland St.
Dedham, MA 02026
781-254-2227
warrenreeb@gmail.com

Rich Cebula
17 Holly Circle
Weston, MA 02493
508-922-8755
Richcebula1@gmail.com

December 12, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

SUBJECT:  Character Reference – James E. Levin

Dear Judge Hillman,

My name is Rich Cebula, lifelong resident of the Commonwealth who is honored to be corresponding with you today.  I grew up in Western Massachusetts, son of a factory worker and a homemaker.  My humble upbringing in Wilbraham taught me the core values of hard work, perseverance, and empathy for those in the community whose challenges may be greater than your own.  I was fortunate to be the first generation in my family to attend college which led me to settle in Metro-west with my wife and two daughters.  I have reached the point in my life where I have learned the importance of giving back which has only been reinforced by the unprecedented adversities of 2020.

It is in that spirit that I am writing you on behalf of James Levin.  I am disappointed by Jim's actions that have led to the legal filings against him.  Yours is an immense task, to make a determination on the future of a human being.  I have sincere gratitude for your service to the bench, it is a decision I do not envy.  My goal is to merely to provide context into the man before you, Jim is so much more than this situation.

I have known Jim and the Levin family for over 15 years.  Everywhere I lived after college, I always craved but never experienced a small town, communal relationship with my neighbors until my family moved in next door to his in Natick.  It is an understatement to say that Jim went out of his way to welcome and assimilate us to the community.  He instinctively saw the stress I was under as a young father and proactively went out of his was to lend a hand, always there with the right tool when I was struggling with home improvement work.  When my wife and I undertook a sizeable project to expand our lot, Jim willingly leveraged his network of engineering and contractor resources, volunteered his knowledge of the homeowner association to help us navigate the process, and oversaw that the work was done to his standard of excellence.  Jim never asked or implied for any compensation for the benefit of his expertise, he simply gave it because that is who he is, and it was the right thing to do.

Some of my fondest memories are of him coming over to help with Holiday decorations, commiserating after a long work week, and chatting while we watched my young girls play in my backyard or over at his swimming pool.  Our relationship grew into family dinners and periodically playing billiards in my basement after the kids were in bed.  I believe you can learn more about a person in hours of play than you can from what is written on a resume or an affidavit.  Over the course of years of these sessions, I came to know Jim's true character.  He is selfless, devoted to his family, and is consistently generous to

put the needs of others before his own.  It was in this setting recently that I learned of his deep, sincere, remorse for the case before you.

I have also had the pleasure of attending several Red Sox games with Jim and think of the parallels between his situation and that of manager Alex Cora who took accountability for his actions, accepted a suspension, but was then given a second chance.

Unfortunately, the world today poses many threats to my family that keep me awake at night - a global pandemic, economic uncertainty, social injustice, and political division.  I can wholeheartedly say that Jim Levin is not one of them.  Thank you for your time and consideration, feel free to contact me if you have any questions.


Sincerely,

Rich Cebula

Patricia Carey

86 Lynnway

Revere, MA 02151

781-910-6473/pcarey3495@gmail.com


12/05/20

The Honorable Timothy S. Hillman

United States District Court Judge

District of Massachusetts

Donohue Federal Building

595 Main Street

Worcester, MA 01608


Dear Judge Hillman,


Allow me to introduce myself. My name is Patricia Carey and I have been a law enforcement officer for the past 25 years.  I presently hold the rank of Sergeant and am a K9 handler assigned to the Patrol Division.  Throughout my tenure as a law enforcement officer, I have had the pleasure to have worked with federal, state, and local agencies and have participated in numerous court proceedings at the district and superior court level including a few at the federal court level.  I would like you to know that I undertake writing to you on behalf of James Levin with the knowledge that he has taken responsibility for his actions and has pled guilty to multiple charges in your court.  With that being said, I still believe in James Levin and respectfully ask for leniency in his sentencing.


I have known Jim, his wife, Jan and son, Denys for approximately 28 years.  I first met Jim after he and my sister, Christine Carey, began working together.  We soon discovered that we had mutual interests with one most notably being unapologetic Boston Red Sox fans and from there our friendship grew.  I have known him to be a kind man, who loves his family unconditionally and as the person, who is always available during difficult times.  Jim was relied upon by his siblings to handle things when their father's health was failing in Maryland and he flew to California to help his brother's family as he was succumbing to cancer.  Jim has never failed to be there for his family or his friends when called upon.


Jim takes great pride in his son, Denys, and was able to be an active and engaged father as Denys was growing up taking part in coaching his son's baseball teams, encouraging and mentoring not only Denys

but his teammates as well.  I recall at Denys's wedding how many of Denys's friends and groomsmen would gravitate over to Jim during the reception.  Jim graciously greeted each one with a smile, calling them by name, conversed with them and was genuinely interested in what was going on in their lives.

I remember years ago my nephew, Christopher, who was about twelve at the time, came to my house to watch the construction project we were doing.  Jim was there helping us run a storm drainage line from the driveway to the yard.  Christopher was fascinated watching Jim operate the backhoe.  During a break, we watched Christopher as he walked around the machine.  Jim seeing this walked over to Christopher and began explaining how the machine worked calling it "a Tonka Truck for grownups".  Jim answered his questions and asked if he would like to sit at the controls.  Christopher did not hesitate, and Jim showed him how to operate the machine.  Christopher, now twenty-five, is today a mechanical engineer, working in his field at a company in Florida.  I look back on that day and can see how Jim's patience and kindness to my nephew helped influence what he is today, and I will forever be grateful.

 I would ask you to consider in your deliberations that James Levin is a 62-year-old grandfather to a 1 year old little girl with another grandchild on the way. He is also a loving brother, uncle, father, father -in-law and husband. To my knowledge, in the time I have known Jim, he has never been the subject of any criminal investigation until this incident and can confidently say he never will be again.  He has taken responsibility and is remorseful for his actions.  I would not be writing to you if I did not believe this.

In closing your Honor, I would like to thank you for your time and consideration in this matter and respectfully ask you for leniency in the sentencing of Mr. Levin.

Respectfully,

Patricia Carey

**Christine Carey**
**86 Lynnway**
**Revere, MA 02151**
**Tel: 508-397-8167**

March 18, 2021

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

My name is Christine Carey and I am Jim Levin's personal attorney and friend for close to 30 years. I am writing this letter in support of Jim Levin and would like to share with you some stories about Jim so that you know him better.

Jim Levin is always helping others. I have personally witnessed Jim help the Holliston Food Pantry at his building in Holliston by providing free space and equipment. I have seen Jim help a struggling neighbor who could not afford to fix her home. Jim managed and paid for the renovations to ensure this person had a clean, safe home. Jim never helps others with the expectation of praise. He sees someone in need and instantly wants to help.

Jim Levin is kind and always gives to others his time and assistance. Whether it is someone who approaches him at the coffee house and asks him a legal or business question or someone who calls him, he takes the time to listen and give advice. Jim has stopped at the side of the road for someone with a flat tire despite being late to a meeting or home. I have personally witnessed these moments of kindness to others. He helps family, friends, neighbors, and strangers and does so without thought to himself or expectation of thanks.

Jim Levin loves and values his family. He's a proud father and grandfather of a beautiful little girl with another grandchild (a girl) on the way. Although he and his wife are separated, he loves her and will help her with anything that she needs. He has told me more than once that his family is the reason he can get out of bed every morning. Several years ago, Jim's brother, Dan, passed away from an aggressive form of cancer. Prior to Dan's passing, Dan told Jim that he needed help and Jim was on the next plane. Jim spent several months in California ensuring his brother's house was handicap accessible including expanding doorways for wheelchair access, installing grab bars, and building ramps. He even brought a goat petting zoo to Dan's house because of Dan's love for goats. Jim also helped sort out the finances for Dan's wife and children. He puts everything on hold when his family needs him.

Jim Levin has always been, and is, a great friend. My personal experience with Jim is that he is kind, respectful, and always treated me and my family well. My mother had major surgery this year and he takes the time to check in with her to see how she is doing despite his current situation. At any time, day, or night, if I needed advice or help on any subject matter, he would always listen and help. Those types of friendships are hard to come by.

Jim Levin struggles with alcoholism. Though I consider Jim Levin to be an extraordinary person and friend, throughout the years, I have seen his struggle with the disease of alcoholism. It runs in his family. I have personally witnessed Jim try to remain sober but being unable to do so. His disease has negatively affected his decision making over the years when he did not have control over his drinking.  I hope that he will be considered for an alcohol program to get the help that he needs.

I thank you very much for your time and consideration. Please consider my letter in your deliberations regarding sentencing.

Very truly yours,

Christine Carey

Michael Dorsey
40 Arnold Lane
Rowayton, CT 06853
M: 917-887-0955
Email: mdorsey@b3andco.com

Monday, December 14th, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

I first met Jim Levin when I hired him as an attorney to represent my
Manhattan-based creative agency. During that time, I paid to be a member
of a group of twelve business owners who operated similar sized, but
non-competitive companies in the New York metropolitan area. We met for a
full day each month to critique strategies, share insights and hold each other
accountable for achieving business goals. They were a tough, smart,
no-nonsense resource, who were brutally honest and did not suffer fools
gladly.

During one of our sessions, I expressed my acute frustrations in retaining
legal talent who truly understood the unique needs of a creative agency,
operating in a highly competitive market and grossing mid-seven figures. To
paraphrase my dissatisfaction:

**'Isn't there someone who actually gets it? I mean, COME ON!'**

Our smartest, most savvy group member immediately said 'You need to
speak with Jim Levin.' When I aggressively interrogated his recommendation,
he confidently responded '...because he is the smartest, most effective
attorney I have ever encountered.'

That exchange took place more than fifteen years ago, yet it seems like it happened yesterday. Since then, I've not made an important decision, be it business or personal, without first discussing it with Jim. More importantly, what started out as an effective and profitable business relationship has blossomed into a close and lasting friendship.

Although I have been aware of Jim's challenges with 5 May Street over time, I was shocked and saddened by the current turn of events that have inspired this letter. Jim is a rare force for good in this murky, confusing universe. In a sea of mercenary professionals, whose greed and mediocrity frequently overpowers their accountability, Jim presents the honest truth, albeit good news or bad, facilitating rational legal, business and personal decisions that deliver long term positive results. I have never known him to be anything other than exceptionally insightful and scrupulously honest.

Your Honor, I understand Jim has taken full responsibility for his Worcester offenses. I also understand, and have benefited from, the plethora of good deeds and decisions Jim is responsible for over his long legal career. He is an outstanding professional, an honest human being, and a dear friend.

As you consider his fate, I respectfully ask you to be cognizant of the broad-reaching positive contributions he has brought to many in the past, and the immeasurable benefit he can bring to all of our futures. Please be merciful in his sentencing.

Thank you sincerely for the time you have invested in reading this letter. I wish you an enjoyable holiday season, and a very safe, happy and healthy New Year.

Michael Dorsey

Melissa DiGregorio
12 Lucien Place
Linden NJ 07036
mellymac14@gmail.com
c: 732-233-8991

December 9, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Your Honor,

My name is Melissa DiGregorio. I am writing to you, today, in reference to my friend, James Levin. I first met Jim when he, his wife, Jan and his son, Denys moved across the street from my childhood home in Holliston nearly 30 years ago. I was fifteen years old and Denys was five. I babysat for the family nearly every week, but spent countless hours in the company of their family at their home after school, after babysitting on Saturday nights and accompanying their family on vacations.

It is hard to pinpoint one specific event that defines Jim for me, because I spent so much time with he and his family during so many of my formative years. He taught me to drive a stick shift in their SAAB while vacationing on Nantucket, offered me guidance during high school, college and helped me brainstorm ways to become independent from my family when my family was forced to relocate to New Jersey and encouraged me to travel to Europe after college (something I would have never ventured to do). You could call him a mentor. I was brought up in my own supportive family, but I was a shy, insecure middle child of three girls and in the midst of my teenage years and something about their home was slightly different than my own; the kindness, compassion and inclusion that I received from Jim and Jan always made me feel like family. The Jim that I know is a human with a kind heart, an innovator, a loving spouse, adoring father and overall 'good man' who was well known in town and helped out with the local food pantry; you would have to pardon my complete surprise when I learned of the allegations that were brought against him.

My own children adore he and Jan and look forward to visiting the always entertaining "Jimmy Fallon" (that's what they call him) because he makes them laugh, teaches them magic tricks, takes them for pizza, and wrestles them to the ground.

I once read that adolescents should have a trusted adult, other than a parent, in which they confide and seek advice. For me, this was Jim, and now that I am a mother of three girls of my own, I could only wish the relationship that I had with him, for my own children. I can speak with certainty, that his friendship helped shape the person that I am, and for that, I am so grateful.

Sincerely,

Melissa DiGregorio

William E North
82 South Street, Holliston, MA
617-719-8102
billnorth@primetouch.net

12/5/20

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman

I was first introduced to Jim Levin in January of 2017. Jim was a volunteer board member at his condominium, Hopewell Farms, and I was representing my condominium renovation company, Prime Touch. Hopewell Farms was close to entering a contract with a competitor of ours with a reputation of taking advantage of clients with high pressure sales and overselling services they don't need or want. Jim had come to realize this and had reached out to us for a second opinion.

Jim and I first spoke on the phone for an hour or so. We covered many topics, and Jim expressed his frustration with merging the needs of his community with the right project and the right contractor. It was in that brief introduction that I started to realize that Jim was different from most people I run into. It's hard to describe but Jim had a knack for listening and understanding my unique business perspective and approach. I immediately felt like a trusted source of information and knowledge. Something that usually takes much longer to instill in a new potential customer.

We met several times and tried to look at the project from several different perspectives. Each time trying to find the perfect balance of what could be salvaged and what should be replaced. Given the very complex nature of this particular project, Jim showed a seemingly unlimited patience with me as I worked to familiarize myself with all the different components of the job.

During our many inspections we had the opportunity to meet the other owners in the property. It was in those interactions where I really saw the charitable side of Jim. Many of these owners were elderly and well into retirement. They depended on Jim to help them with any number of tasks. They welcomed him into their homes like he was a son to them. It was truly moving to see how Jim was so close to one older couple in particular. The wife was on oxygen and the husband was struggling to keep things together. It was heartwarming to see them interact. I knew at that point that Jim was a special person.

As it turned out, I was able to put a comprehensive plan together and present it to the entire community. They voted to hire us, and we entered into a contract to do what became a two-year renovation project. During that time Jim served as our primary contact with the community.

Over that two-year period Jim and I forged a strong professional working relationship as we worked through the complexity of the project. We found that we enjoyed problem solving together and making hard decisions on specifications and the scope of the work. We also came to realize that we share the same perspectives and values on a wide range of topics and issues. I enjoyed our long talks about the world, history, people, the environment and politics.

During the project Jim showed my workers the same respect and affection that he showed me. He was forgiving when they made mistakes, encouraged them to strive to higher goals and always thanked them for a job well done.

Jim loved coffee and snacks of all kinds and he made it a point to always provide coffee and donuts to my workers. It became such a positive ritual that the other owners in the complex started a competition of sorts as to who would provide the best snacks for our workers. As we neared the end of the project even a cake was provided to celebrate the accomplishments of two years of hard work. It really can't be overstated that this charity and empathy to others is just simply not found in the customers we typically serve. We have 15 crews and work all over New England. We never, ever, run into people like Jim. He made every day of work fun, rewarding and educational.

Since the project has ended, Jim and I have stayed in touch. We talk on the phone and have an occasional lunch together.  We reach out to each other to problem solve and commiserate on world issues.

I will forever be grateful for having the opportunity and pleasure of meeting and working with Jim. The combination of Jim's intelligence and his charitable nature has forever left a positive imprint on me. He has instilled values and imparted wisdom on me, and I always find myself quoting him or remembering his sayings.

Jim is just one of those people, to quote Elton John "I thank the Lord there's people out there like you"

Sincerely


William North

Emily Bernstein
3201 SE Navigation Ln
Apt 202
Port Orchard, WA 98366
Ebernstein14@yahoo.com
508-254-6141

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

December 20, 2020

Dear Judge Hillman,

My name is Emily Bernstein. I am a marine mammal trainer, currently working for the Navy Marine Mammal Program in Bangor WA. I am a Massachusetts native, which is how I know Jim Levin. He is an extremely good family friend to myself, my mother, and my late father. My parents were friends with Jim and Jan before I was born, as they lived in my neighborhood with their son Denys.

We have spent a lot of time together throughout the years, even after they left our neighborhood. Jim, and Jan, would often come over to help with yard and garden work, as well as to spend quality time together. They have supported me as I've grown, and have helped myself and my mother through hardship. My father passed away in 2005 when I was twelve, and Jim was one of the many positive male role models in my life that stepped in as a father figure. They have been there for holidays, graduations, big events such as my going away party for moving to the West Coast. My mother and I also attended Denys' wedding a few years ago.

A recurring joke that Jim and I share involves me buying him ice cream. I think it stemmed from me coming home one day from being out with friends and having visited an ice cream stand. Jim asked if I had gotten him any, in a classic joking Dad way. I of course had not, and so Jim stated that I owed him one. I remained steadfast in a teenager way and declined. Since then, we have joked back and forth on whether I still owed him that ice cream, and when I would pay up.

When I had learned about the legal issues Jim was having, I was very taken aback. This was not the Jim I knew, the father figure who came to be a rock in my life as I grew up. Sometimes we make poor choices in our life, as nobody is perfect. But we all deserve the chance to make things right, especially when we acknowledge the wrongdoings. I hope in this

time of hardship that we are all facing you are able to find it in your heart to be merciful.  Jim is truly a good man in all aspects, despite having made a wrong turn along the way.

Thank you for taking the time to read my letter and getting to know Jim as I know him. He has done right by the relationships in his life, especially to my mother and I, being such a good support system to us both.  I hope you have a good holiday, and stay safe during this trying time.

Sincerely,

*Emily Bern___*

Emily Bernstein

December 10, 2020
3 Sledding Hill Way
Medway, MA 02053
tgcarson@comcast.net
508-864-1619

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

This letter is written to provide a character reference for your consideration in the US District Court case against James E. Levin. This letter represents my true and honest opinion regarding the character of Jim Levin, formed over the past 34 years that I have known Jim Levin and his family, initially as a neighbor, and subsequently as a friend.

In the years that I have known Jim, he and his wife Jan have always been generous with their time and energy to help those in need. Specifically, after numerous weather storms over the years, Jim would always be the neighbor that would show up with a chainsaw to help clear tree damage for neighbors who were elderly or otherwise unable to deal with the storm damage themselves. Jim and Jan also have a knowledge of landscaping and have spent many hundreds of hours helping neighbors and friends improve their yards with no expectation of anything in return. We have a mutual friend who lost her husband to cancer at a young age and I cannot even estimate the number of times I have seen Jim and Jan's vehicles parked at her house while helping her with house and yard projects over the past 15 years since her husband passed.

I am a retired professional engineer and over the years that I have known Jim my work frequently required me to travel to distant work and construction sites and be away from my home for weeks at a time. During those absences from my family I knew I could always depend on Jim to cover for me if there was any problem my wife could not deal with in my absence.

In the years that I have known Jim it has always been apparent to me that his immediate and extended family have always been his highest priority. Whether teaching his son Denys baseball and football skills, or traveling to help his brothers in Texas and California, Jim always made time for family and there was never any doubt he would do whatever he could to help them out.

It is my hope that this letter will provide the Court another side of Jim to consider, beyond the charges that have been brought against him. Please do not hesitate to contact me if I can provide any other information in this matter.

Sincerely,

Thomas G. Carson

Jake Armstrong
6 Royal Crest Drive
North Andover, MA, 01845

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

November 25, 2020

Dear Judge Hillman,

My name is Jake Armstrong, I am currently a Junior at Merrimack College and I live in
Holliston Massachusetts. I have known Jim Levin for about two years, first meeting him
as a customer at the coffee shop I worked for in Sherborn Massachusetts. Jim was a
regular customer at the coffee shop and always made a point to engage in conversation
with me.

One day at the coffee shop, Jim asked if I would be interested in helping around his
house in Millis by assisting in tasks such as digging holes for trees in his yard, removing
dirt and rocks from his yard, and basically any small tasks he needed help with. Jim and
I built a great relationship over the summer and he always made me laugh while the two
of us completed the necessary tasks of the day. One day, instead of working, Jim asked
me to go to the car dealership with him in Franklin. Jim introduced me to the car
salesman, like he did at most places, and told the salesman how I was a great worker
and a good kid. I knew the salesman didn't care, but it was Jim's words that were
important to me. He always took every opportunity to make me look good and gave me
pride in what I accomplished, even if it was just digging a hole.

Another time, when I worked at the coffee shop, my previous boss asked me to clean all
the lightbulbs in the store. After many tries, I couldn't seem to clean them well, until Jim
came into shop. I told Jim the issue and he took each lightbulb out and cleaned them for
me. When he finished, he said "tell your boss you did this, they will like it". Sure enough,
my boss was extremely impressed thanks to Jim. Working for Jim was the highlight of
my summer and the best summer job a college student could ask for.

When I first heard about Jim being involved in criminal activity, I was very surprised, but
it didn't change my perspective of his personality. Jim was always friendly and helpful
with me and taught me how to do household chores that I will remember forever. Jim
and his wife Jan treated me like family. I will always remember Jim as someone who
cares about other people, can talk to anybody, and who gave me an opportunity to learn
many valuable tasks that I will use in my own house someday.

Thank you for your time.

Sincerely,

Jake Armstrong

Donald and Sherry Curns
22 Reflection Way
South Yarmouth, MA 02664
Phone: 781-799-0520
Email: doncurns@comcast.net

December 5, 2020

The Honorable Timothy S Hillman
United States District Court Judge
District of Massachusetts
Donahue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

We first met Jim Levin and Jan Gardner when we moved to Natick in 2007, as both neighbors at Hopewell Farm Condominiums and as members of the Natick Newcomers Club.  We became close friends.

Jim's true nature became perfectly clear to us in the spring of 2016 while we were vacationing in New Zealand and were involved in a bus/auto crash that left Sherry near death and fighting for her life for two months at Hamilton's Waikato Hospital. We were in regular contact with Jim back home via Skype and email and, since he was more than sincerely caring and concerned about our desperate situation, he reached out to us to offer his help in any way he could.

Upon learning that when we would be repatriated and medically evacuated to the U.S. Sherry would be unable to walk, Jim took it upon himself to design a plan for handicapped access to our home, to work with our condo association to get all the necessary approvals, and to schedule the work to be done before our arrival. We felt blessed and more secure. After finally settling back into our home, for the following two years of rehabilitation both Jim and Jan treated us like members of the family in helping us cope.

A later example of Jim's willingness to help others occurred during a major refurbishing of our aging condo complex. Jim offered his strong back and knowledge of construction to freely take part in managing the project with the contractors to ensure work was done correctly and at reasonable cost. Jim saved us all considerable dollars by ceaselessly working 6 to 8-hour days on the related projects throughout the condo community and in our unit as well.

Throughout, while Jim and Jan were clearly stressed about the lawsuit and the restraints it placed on them, Jim never stopped being a perfect gentleman and Jan continued her fund-raising activities in support of Natick's Bacon Free Library and in her voluntarily tending our gardening as we could not. Jim interacted with Sherry's 100-year-old mother living with us with humor, love and understanding.

We don't know anything about the May Street project.  In fact, we have trouble believing it. We recommend mercy and considerable leniency in Jim's sentencing.

Sincerely,

The Honorable Timothy S. Hillman
U.S. District Court Judge, District of Massachusetts
Donohue Federal Building
595 Main St.
Worcester, MA 01608

Dear Judge Hillman;                                                          Dec. 15, 2020

Jim Levin was our neighbor for several years. We first met Jim and Jan, his wife, before they moved into the condo unit next door to us. They planned to do a lot of renovation work immediately and we expressed some concern about the potential noise. Jim assured us he would instruct his crew not to start too early and there was to be no loud radio playing. Periodically he and Jan would invite us over to show us the progress on their home and chat about various issues that lack of insulation and poor repairs had created in our condo units. We had a running joke going about how the shampoo would freeze in the corner of our bath tub that was located along an outside wall. That problem was fixed during the renovation process when Jim, as a manager of the project for the Hopewell Farms II community, had the workers install some insulation in that section while they were replacing part of the wooden siding.

Jim was generous with his time, his ideas and his help, especially willing to answer questions about home improvement projects. When we wanted to move our laundry from the basement to the first floor, he offered advice, gave us the name of his plumber and convinced us it was much easier than we thought. The most complicated part of the project was the installation of a 25 foot long exhaust vent and the in-line fan connecting from the interior clothes dryer to an exterior vent. He helped Tim to select materials for the project, driving with him in his truck to Home Depot where Jim picked out the needed materials for the job. Upon arriving home, Jim did most of the work of installing and wrapping the exhaust piping and installing the inline exhaust fan.

On another occasion, he determined and created the correct path through exterior roofing and down several feet to the proposed location of a venting fan for our 1st floor bathroom. Jim also helped us to secure and have proper insulation blown into the ceiling of our very cold garage. This helped keep cold air from seeping into the kitchen located above the garage.

Anytime Tim had heavy lifting to do, Jim would be there. He often helped with the changing of screens and adjustments for our heavy patio and porch sliding doors. Jim was happy to use his truck when Tim wanted to purchase and move heavy rolls of sod to replace sections of the lawn.

The condominium complex we live in underwent extensive renovations. Jim, as a Condo Board member helped significantly during this process using his time and knowledge to assess needs and bring in help when required as well as to supply ideas for the project.

We considered ourselves lucky to have Jim and Jan as next-door neighbors as they were always friendly, fun to chat with and totally reliable when asked for help or suggestions.

Sincerely,
Timothy & Irene Flint - 6 Hopewell Farm Road, Natick, MA 01760 - ireneflint1@gmail.com
                                                                    508-545-2374

*Timothy Flint*

*Irene Flint*

Isaura Wong
9 Colonial Drive
Milford, MA 01757
508-371-6308

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

February 16, 2021

Dear Judge Hillman,

I appreciate this opportunity to share my thoughts and experiences on Jim Levin to show you that he is more than the person who stands in front of you for sentencing.

In 2013, I met Jim and Jan when they hired me to clean their house. I had been living in Massachusetts since 1995. I moved from Brazil for my safety at 17 ½. While living with my sister, I worked odd jobs at Dunkin Donuts, restaurants, and I even delivered body parts for medical schools. I worked very hard to make Massachusetts my new home and began to grow my own small cleaning business, cleaning homes and small office spaces.

You can learn a lot about a person by cleaning their home. There are some homes that I walk into where the owners treat me as hired help. But when I walk into Jim and Jan's I feel a part of the family. Jim respects me and Jan understands me. Jan used to clean houses for years as her job. They are good people and have always treated me with kindness. Although I could write about all the advice and guidance that Jim and Jan have given me over the years, I thought it would be better to share a little story to show you Jim's character.

One day I went to Jim and Jan's house. They were living in a condo at the time. Jim said hello and left. Moments later he came back inside the condo and asked me for my keys. I questioned why and he told me that when he left, he saw that my tire was low. Jim told me that he was going to put some air in my tire. He was gone for over an hour. When he returned, Jim handed me back my keys and I saw a new tire on my car. Jim went to a mechanic and learned that the tire needed to be replaced. The mechanic replaced the tire and aligned the car. When I tried to pay Jim for the work and his time and help, Jim refused. Jim said that he was only interested in my safety, not my money. I know this is a simple story, but I think its shows Jim as a person.

As I continue to grow my business and live my life closer every day to my goal of becoming a permanent citizen, I know the type of people I want to be a part of that future. Jim Levin is one of those people.

I have no words for how I feel about Jim's situation. I understand that he has pled guilty and I hope that you will have mercy on him. I pray for him every day. I will be happy when he returns.

Sincerely,

Isaura Wong

Gail A. Donaldson, Ph.D.
65 Union Street
Holliston, MA 01746
(508) 259-4179
December 13, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donahue Federal Building
595 Main Street
Worcester, MA 01608

Re: James Levin

Dear Judge Hillman,

I am a psychologist, licensed and practicing in Massachusetts since 1995 and writing to you on behalf of James Levin. I understand that he has pled guilty to charges involving a failed real estate project at May Street in Worcester.

I met Jim in early 1996 when I was looking for an office to rent to start a private practice as a psychologist. I had been looking for a local space in Holliston and was not having much luck until a chance meeting with Jim. At the time he was renovating an abandoned shoe mill (two large buildings and a small office building) and he invited me to take a look at an office he had for rent. Shortly thereafter I rented that space which I kept until October 2020. Over the course of the first few years Jim transformed not only the building where I rented, but completely gutted and built out another larger office building and significantly repaired another very large building. The buildings previously were dilapidated and an eyesore. They are now some of the nicest properties in town and provide much needed office space, artist studios and space for light industry. He also provided space for Holliston's first food pantry, which expanded over the years. This work has been a permanent contribution to our town. There have been several other owners of these properties since then, but Jim was by far the best and most vigilant landlord.

On a personal level Jim and I became friends while he owned the Water Street properties and he was always very kind and generous. In 2004 I was diagnosed with breast cancer and Jim said that I did not need to worry about the rent on my office while I was struggling through treatment, which lasted the better part of a year. This was a very much needed help at a time I really needed it. I can't imagine any other landlord offering such an arrangement. Jim also helped me with some projects around my home that needed more muscle than I could manage on my own. There are numerous examples of his generosity to me and others.

Jim told me early on about his legal problems and I was very surprised that he had gotten into such a ruinous situation. With each new development project he took on bigger, more complex projects and I was so saddened that this one turned out so badly for everyone. Jim always did such nice work on his projects and I was excited for him to work for the people of Worcester and provide quality housing.

I am very aware that Jim has decided to plead guilty to charges against him. I trust that you as judge can balance the needs of the justice system with potentially incarcerating a productive member of our society, who has already contributed much to our community.

Sincerely,

March 2, 2021

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

I met Jim Levin in late 1999 while I was seeking to rent office space and came to know him as a landlord. The property was a former mill building that Jim was renovating to offices. We had many interactions with Jim and most of the smaller issues were done on a handshake and I always found Jim to be honorable and a man of his word.

In 2019 when I was seeking space in a mill-type property and wanted to speak with someone trustworthy and knowledgeable, I tracked Jim down. While trying to locate him, I came across the news article regarding his indictment. I was surprised because it was so out of character with the individual I had met 20 years prior. Despite the allegations, I nonetheless sought his advice. True to form, Jim was helpful with direction, offered to visit the property with me, and never sought to be paid. It was in line with the character of the person I had met at the Westboro Mill in 1999; smart and willing to assist.

Over the course of the past year+ we have become closer acquaintances. I have seen numerous instances of his personal generosity that I believe truly reflect his character.

In one instance, Jim asked me to help him move a motor scooter for an older man (Charlie Lopas) where the scooter was his only source of transportation and the motor stopped working. I helped him delivery it to a repair shop and watched Jim pay for the repair out of his pocket. When I asked why, he simply shrugged his shoulders and responded that he was better off than the other guy and it was the right thing to do.

In December I purchased a pallet of toys to donate to the local toy drive. When Jim heard I was planning to put the top down on my convertible to get all the toys into the car to drop them off at the Holliston Police Department toy drive, he insisted we use his truck and didn't flinch when I informed him we had to be at the store at 7:00 AM for the pick-up.

These are simply two examples, and while not earth-shattering, they are part of a string of small acts of kindness I have seen him perform on a regular basis. It seems to be part of his character, which is why I find the acts he pled guilty to do diametrically opposed to who I have seen him to be.

As you consider sentencing, I hope you will give this consideration.

Thank you for your consideration,

David Rabinovitz
Holliston, MA



November 26, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Re: James Levin

Dear Judge Hillman:

I first met Jim Levin in my store more than three years ago, shortly after I purchased a wine and spirits store after a long career in academia. I had resigned as the Executive Director of the Alwaleed Islamic Studies Program at Harvard University and, in a not-exactly-seamless transition, I bought a package store in Sherborn to transform into a fine wine business.

Jim had stopped in to pick up a bottle of single malt Scotch.  He recognized that the store had changed hands, introduced himself and asked if we had good single malt scotch in half bottles. At the time, we did not stock half bottles and I asked why he preferred a half bottle to a standard bottle.  "Because I'll drink it all, and I'm trying to quit."

Knowing that I had just begun working in the for-profit world, Jim and I began chatting about business. Since then, Jim has been unstinting in giving of his time and energy, offering me advice and ideas. When I learned of his crimes, I was truly shocked. Jim has always been honest, open and frank with me, even about difficult topics to discuss, like his battle with alcoholism. These crimes are completely out of character for the Jim Levin I know. Generous, thoughtful, exceedingly kind and genuinely helpful are some of the characteristics I think of when I think of Jim. I know that the crimes that he has committed are firmly outside his core character.

Although Jim has pled guilty to the crimes, I cannot imagine that our community would benefit from him serving a long prison sentence. I understand that prison sentences in part serve as a deterrent; however, in this case, I know that Jim and his family have already suffered greatly from his actions. I firmly believe that Jim's continued commitment to service in his community outweighs the benefit of a long prison sentence.

I implore you to use your discretion during sentencing such as alcohol rehabilitation or other alternatives at your disposal. Thank you for your time and consideration. Should you have any questions or would like to speak with me, feel free to call (508.333.2987) or send an email: kcoughlin@sherbornwine.com.

Respectfully,

Kathryn M. Coughlin
Owner, Sherborn Wine & Spirits

Robert Litwin
41 Young Ave
Swampscott, MA 01907

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

December 14, 2020

Dear Judge Hillman,

My name is Robert Litwin, I reside in Swampscott Massachusetts with my wife Nancy and two daughters, Kasey and Khloe. I met Jim Levin in June of 2019 while working as an Operation Supervisor for a company in Salem MA that was negotiating a lease that was set to expire in December 2019.

I would accompany Jim and his guests periodically throughout the building due to the company's security policy. Jim was always cordial and respectful towards me even though it was awkward knowing should the company not renew the lease my employment was in jeopardy. Around October 2019, I was informed the company was not going to renew the lease and I was going to be terminated January 3rd 2020, ending my 28 years of service.

During one of Jim's visits in early December, he mentioned an opportunity to me, in passing, since I lived only 3 miles away from the building. On December 31st I met Jim again as I was exiting the building and he offered me the opportunity again as he needed assistance with monitoring the vacant building beginning January 1st 2020. I accepted.

I would walk through the vacant building a few times a week for security checks and meet contractors per Jim's request. The few times I actually met Jim in person from January to the end of April he made me feel like I had a stake in the building and asked me my opinion at times. By May, the owners sold the building and my services were no longer needed. Jim met me in person to thank me and provide compensation for the remaining time including a bonus which I didn't expect and which actually caught me totally off-guard. I had one last phone call with Jim the following day. I thanked him for the opportunity he gave me to assist him and told him, he treated me better in 4 months than the company I gave 28 years to. Jim was very compassionate and sincere towards me and the appreciated the services I provided for him.

A few weeks ago, Jim called me out of the blue and offered me his condolences as he had seen my father's obituary in the paper. During the phone call I learned of Jim's legal matters for which I was shocked, disappointed and dismayed.

This seems so out of character for the person who only met me a few times before giving me an opportunity during my difficult time. I understand that he has taken full responsibility for his illegal activity, I only ask for mercy when it comes to his sentencing.

Thank you for the opportunity to tell you about my experiences with Jim.

Sincerely,

Robert Litwin

**The Gaynor Family**
89 Springdale Avenue, Dover, MA 02030
Tel: 508-314-3362/Email: pgkk@yahoo.com

December 8, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

I have spent the majority of my life living abroad in tropical Asia. When my family returned to the US and moved to Massachusetts in August of 2004, we were fortunate enough to live next door to Jan and Jim Levin. After years of living abroad, they helped make our transition to the US so much easier. I will never forget how they welcomed us into our South Natick neighborhood with some homemade cookies. Their kindness meant the world to me.

Our families have been fast friends since those early days. Jim and Jan became like an uncle and aunt to our children - Sam, Ben and Jack. Our friendship developed from helpful neighbors to close family friends. It first started with the installment of a gate between our gardens where we traipsed back and forth to the others house for anything and everything. Jan gave me lessons on gardening and Jim taught me about the different kinds of snow and when to shovel or wait for the sun to come out. Our friendship later progressed to shared family holidays to Nantucket and skiing in Vermont to house, kid and pet sitting. Jim even risked his life to teach our oldest son Sam how to drive.

There have been many acts of kindness over the years from Jan and Jim, but I'd like to share a few here about Jim.

In those early days, I watched Jan and Jim work together in their garden planting and building a beautiful tableau I enjoyed seeing from our windows. When I asked them for help with my garden, they immediately offered to help me find good plant materials and to secure trees for our property. The help did not end there. They worked beside me laying out and planting the flower beds and removing sickly trees and adding new ones. Jan had the vision and Jim was mighty handy with a shovel. Jim was always going out of his way to be helpful to us as we settled into our new home.

Perhaps the sweetest bond developed first between my son Ben and Jim when he rescued him after we got locked out of our home. Ben on the inside and a hysterical mommy on the other side. Jim knew exactly what to do. The friendship that developed between Jim and my children has meant a lot to me. My family lives all over the world. My closest relative at that time was three and half hours away in southern Connecticut. The meaning of friends who are like family takes on import when your other siblings live in California, Australia and Thailand. My parents at the time were living in Portugal and St. Kitts. Jim took an interest in all my kids but had a special rapport with my middle boy Ben.

My son Ben is a special needs child. From an early age Ben struggled with his speech and his fine and gross motor skills. To see Ben now you would never know he had challenges as he conquers honors Mandarin and American History, but Jim was there when we were in the trenches wondering how it would all turn out. Jim, despite having his own son, took the time to connect with Ben. When Ben was in his early teens, Jim took his

calls several times a week as Ben negotiated school, friends and girls. Jim has become a father figure to Ben. He made the time to come to many of his soccer games to watch and cheer from the side lines. This made Ben feel valued, cared about, and built up his confidence. Ben feels that Jim helped him become a better person and learn how to handle himself socially. Jim coached Ben on how to laugh at himself and how to use humor to help his social awkwardness. We took great comfort knowing Jim was there for Ben to connect with and keep his confidences. We knew Jim would tell us if there was anything worrying going on with Ben. The expression it takes a village rings true here.

When Jim and Jan built their new house in Millis, Jim invited Ben over and taught him how to use power tools. He bought him a builder's Carhartt Jacket and special work boots to keep him safe on the worksite. These gifts made Ben feel special and good about himself. You could see Ben wear his new jacket and boots with pride. He liked that he could now have a way to help Jim like Jim had helped him. With Jim's gentle guidance and supervision, Ben's confidence grew each time he bravely learned new skills on the worksite.

Every summer Jan and Jim would come to our summer house on Nantucket. Jim would happily elect to take the boys out for an early morning donut run at the famed Downy Flake or treat them to ice cream cones at the Juice Bar while standing with them in the summer lines trailing around the block. When we went tubing, Jim was the one that volunteered to ride with the boys on the back while my husband drove the boat. The boys knew that Jim would not let anything happen to them. The screams of laughter and giggles punctuated the air as they bounced around on the water on the tube with Jim. I enjoyed watching them clown around in the water together. Despite a few spectacular wipe outs, everyone always begged for more and Jim kept everyone laughing and safe.

Boys are like overgrown puppies. They have a lot of energy and need to be engaged. Jim teased and rough housed with my boys. He knew when to be serious and when to lighten the mood. He taught my sons that it's okay to talk about their feelings. He has an amazing ability to listen even when there are no answers. In recent days, he has been a shoulder to my boys and I as we deal with the absence of their father/my husband who left our family at the beginning of the pandemic. They take solace in his fatherly ways and yearn for this kind of relationship with their own father. I feel blessed to have Jim in their lives during this tough time and for them to have a role model to look up to and seek pragmatism in the face of loss.

The thing you can't help but love about Jim is his big spirit. He has a life force, a charisma, that is good to the core. Jim has never met a person, thing or problem he did not want to help. He is curious about everything and everyone. He will talk to anyone and help out complete strangers. He is a problem solver, a can doer, a why not try kind of guy with the biggest heart and warmest smile you could ever know. He is the guy you hear about that has rescued a cat from a tree or has changed a flat tire for a stranger on the side of the road or has quietly cleaned up the trash found on trails around his community, or even made space for a food pantry in his building and so on. He is generous hearted, and thoughtful. He is not afraid of introspection and sharing the ups and downs of his life experiences. His humble and affable nature makes him likeable and approachable. He has been a force for good in our lives. He has been a loving father figure to my children and a good friend and trusted advisor to me. He has positively impacted our lives and all those around us. We believe in him. He has a lot still to do, to be a positive change agent, to be the sunshine we all want in our lives. He is that great guy we are lucky to call our friend.

Thank you for your consideration and reading this letter of support for James Levin.

Yours sincerely,

*Karen Ketterer*

Karen Ketterer, Sam, Ben and Jack Gaynor

Terry (Teresa M.) Enstice
186 Piper Lane
Sonoma CA 95476
tmccormick@rcn.com
(508) 314-0324

December 13, 2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Judge Hillman,

My name is Terry Enstice. My husband, Keith, and I have been so fortunate to live in several different areas of this beautiful nation. I was born in Upstate New York. I went to college in Rochester, NY where Keith and I met. Upon my graduation, we married and subsequently had 2 children-a son and a daughter. Keith was in the software business, so we moved several times because of his work. After many years in Rochester, we lived in the Chicago area for 4 years, we moved to DC area (MD) for 17.5 years, next to Boston, eventually back to DC (VA) and now we live in CA. We have grandchildren here.

Moving to the Boston area wasn't easy for me. Our children were grown, Keith had his job, and I was a stay-at-home mom with no kids at home. We moved to a beautiful neighborhood in Natick and Jan was one of the first people I met. She was very involved in the neighborhood and the Homeowners Association. I think on my second day there, overwhelmed by the boxes and feeling pretty sorry for myself, the doorbell rang. For some reason I answered the door and there was Jan. She introduced herself, brought me a neighborhood directory, and as I recall, some of her "famous" brownies. She and I quickly became friends and before long, our husbands met, and we were all friends. Jan and Jim were the glue that held the neighborhood together. Keith and I were outsiders, but they knew everybody and everything-they included us in all sorts of activities and groups that we wouldn't have been a part of if not for them. They were so generous in every way and so supportive of me personally when we were involved in an unfortunate dog incident in the neighborhood.

As I mentioned earlier, Jan was involved in the HOA, but Jim technically wasn't. However, I remember him working tirelessly, year after year, on the Spring Cleanup in the woods surrounding the entire neighborhood. I remember that Jim and his truck were always going somewhere, and doing something, for someone. Or, he would be hauling huge trees (that he and Jan paid for and then either planted themselves or made sure they were planted) to replace the trees on HOA land that succumbed to the Boston winters. The neighborhood didn't have the funds, so they personally stepped up. He is a very generous and giving man. He truly would give you the shirt off his back.

Jim is also a husband, a father, and a grandfather. Denys is the light of his life (after Jan). He is so proud of Denys and I know he cherishes every moment with him. Your Honor, we moved 3000 miles because of our first granddaughter. She was 4 months old when we moved here so we've watched her grow-she's 5 now. We love her more than words can say and now she has a baby brother. To be separated from them has been agony for us because of Covid, but prison is something else again. Denys and Louise have Georgie, a beautiful little one year old girl. Please consider how important grandparents are in children's lives. I had a former 8th grade teacher tell me that you can tell which kids in middle school have had grandparents in their lives and which ones haven't. Please don't take that away from Jim.

In closing, Jim is a wonderful man and a dear friend. I can't speak to these charges-this isn't the Jim I know. We had Christmas dinners together. Jan and Jim had a beautiful going away party for us when we moved to VA. We were guests at Denys and Louise's wedding. I felt like an honorary mother to their kitties, Harry and George. I feel so blessed that Jan and Jim came into my life for the 7 years in Boston and to this day.

Please consider all the good things Jim has done in his lifetime as you contemplate his sentence.

Thank you for taking the time to read this.

Warm regards,

*Terry Enstice*

Terry Enstice

Andrea Lemes Pereira
315 Highland Avenue, Malden - MA 02148
dealemespereira@gmail.com
508 383 3692

12/12/2020

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts - Donohue Federal Building
595 Main Street, Worcester - MA 01608

Dear Judge Hillman,

I have been friends with Jim for over two and a half years now and, although I know that is not a lot of time, during this time I have had the opportunity to see, with my own eyes, how much of a good person Jim is. I moved to Massachusetts from Brazil, to go to school and to make a better life for myself. I only knew my partner and his family, but I made the leap to improve my life.

When I met Jim, I did not have many friends, I was struggling with health, relationship and life issues. Each time I had an issue, I seemed to cross paths with Jim. During these meetings, he would talk to me about life, try to make me smile, and make me continue to believe in my dreams. Shortly after I met Jim, my partner moved out, left me with most of the bills and a big apartment for two. In order not to run out of money, I had to move out as soon as possible. I casually mentioned this to Jim and he immediately offered to help. Two days later, he was helping me move to a smaller apartment that I could afford on my own.

Jim continued to check up on me and offer help with whatever I needed, I even had the chance to meet his sweet wife Jan in one of those encounters. Jim would tell me stories about the struggles he faced in life, about his family, his son, and his granddaughter.

Jim did not know me for long, but that did not stop him from helping me move, or even just helping me feel better about my day and the issues I was facing. He did not need to do any of that to someone he barely knew, but he did it anyway. Every time I saw him, he managed to lift the burden of my thoughts a little. It might not seem much, but at a time when I was struggling with so much, his kindness changed how I felt about life. I am very grateful to have a friend in Jim.

In some of our conversations, Jim told me about his offenses and I was very surprised given the kind of person he showed me he was. All I could think of was that his behaviour in the illegal activity did not seem like his usual self. What did not surprise me was when he told me he was pleading guilty. Taking full responsibility for his part in the illegal activity is the Jim that I know.

I do believe Jim intends to move past his mistakes and be a responsible citizen as well as an active community member, family member and good friend to all.

ALP

ALP

It is my hope that this letter will act as a positive contributory factor in Jim's case. I respectfully request that your Honor show kindness to Jim as he did to me.

Sincerely,

Andrea Lemes Pereira

Sylvia Stickney
86 Church Street
Holliston, MA 01746

Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA  01608

October 6, 2020

Dear Judge Hillman,

Thank you for taking time to consider this character reference letter in support of leniency for my friend and former neighbor, Jim Levin.

My name is Sylvia Stickney and I am 90 years young. I write this letter in utter shock about Jim's situation, and to explain a little about the man I have known for almost thirty years. I met Jim and his wife Jan when they moved onto my street in Holliston in 1992 with their beautiful 5-year-old son. Since then, I have watched Denys trick or treat, Jan garden and Jim try to corral junior baseball players every year during the annual Holliston baseball parade.

Holliston has always been a wonderful community and I am honored to be one of the founders of the Holliston Pantry Shelf. We provide food and personal items, free of charge, to Holliston residents, who shop with dignity in a safe place. Holliston Pantry Shelf exists, in part, because of Jim.

I grabbed Jim's arm one day after learning that he bought the Water Street Mill. He was delighted to donate the space that accommodated us until 2017. Back in 1993, all I wanted was an ADA compliant space available on the first floor of the Mill to serve our 125 shoppers. Jim brought me to the building and we looked at several locations within the Mill. Jim explained the upgrades that he could make to the space so that the building would meet the Holliston Pantry Shelf's needs.

When Jim bought the Water Street Mill, it was a mess. It was the last wooden shoe factory in Holliston. Jim loved that building and his residents inside and brought the Mill back to some of its former glory. We were proud to be in that space.

For 20 years, Jim kept us warm, dry, and cool as the seasons progressed. Jim even bought all new refrigerators and freezers for us. They were absolutely wonderful gifts. Jim would sometimes stop by and help shoppers carry their bags to their cars. Occasionally I would hear Jim suggest a recipe. Sometimes, although subtle, I would see Jim drop a $20 bill into a family's food bag while instructing the youngest family member to look for the surprise at home.

With now over 400 families in need, we are grateful to Jim, who helped us raise money, sat on our board, and constantly and consistently donated his time, money, and energy to our cause. Thanks to people like Jim, we continue to serve families today.

As for rent, Jim received one warm baked good a month. He is a true gentleman with a compassionate heart and a dedication to service. I am certain that he will handle this legal process with strength and dignity.

Your Honor, please keep my letter in mind as you deliberate over Jim's case. I urge this Honorable Court to show mercy to Jim Levin.

Sincerely,

Sylvia Stickney

Charlie Lopas
62 Cedar Street
Framingham, MA 01702

The Honorable Timothy S Hillman
United States District Court Judge
District of Massachusetts
Donahue Federal Building
595 Main Street
Worcester, MA 01608

March 3, 2021

Dear Judge Hillman,

I first met Mr. Levin in 2013 when he and his wife were renovating their condo in Natick. I found them through a Craigslist ad looking for laborers and carpenters, although my expectation was that I would get a day or two of work before getting fired. At that time, I was wearing an electronic ankle monitoring device while awaiting trial for a breach of the peace charge. I knew once my monitoring device was discovered I would be out of a job. Jim, the "Boss," asked me about my availability, expected hourly wage and he asked about the ankle monitor with one question, "Did anyone, including you, get hurt?" When I said no, he took me at my word. After a few weeks, Jim began relying on me to help run the site. Suddenly, my new job, which I expected to last a day turned into 4.5 months. That was the longest amount of time I had worked in years and with payday every Thursday, like clockwork, my life really began to change for the better.

I am 60 years old and have worked in the Millis and Framingham area my entire life as a carpenter and framer of houses. But, I have a checkered past due to a combination of alcohol use and substantial hearing loss that has made it difficult for me to hear and understand commands by others. Jim has never judged me or looked at me negatively for my past. He has always focused on whether I could do the job. Between 2015 and 2018, Jim would often help his friends with their small to medium sized jobs. He would hire me and one or two other guys to put on decks or bathrooms – these projects were often one to four weeks and guaranteed me some stability. I noticed that Jim always paid the workers, even if the homeowner hadn't given him the money yet. He just knew how important it was for us to get our money. There was always a long line of guys who wanted to work for the Boss because of how he treated us.

In 2018 Jim called again to ask if I would be willing to be the lead carpenter and project manager for a new house his wife wanted to build. I immediately said yes and for the next 18 months I worked every day with Jim pushing the project along. I remember Jim telling every contractor to check with me if something was ok, because if it was ok with me, then it was ok with Jim. I had never had a Boss put that kind of trust in my decisions ever. It felt good.

During that time, I Jim told me that he made an appointment with the best audiologist in Massachusetts to see if there was a way I could hear again. I tried to push him off, telling him I couldn't afford it. Jim simply said, "I'm paying you for the day and I am paying for the visit and the hearing aids. If they work, what's your problem?" A week later Jim drove me to my appointment and I received a state-of-the-art bluetooth enabled hearing aid for my left ear. Unfortunately, I won't ever hear out of my right, but hearing out of my left ear has changed my life. For the first time in 25 years, I could have real conversations with my son, the men on the jobsite and with Jim. I began to make and take my own telephone calls, set up my own jobs, ask questions in the grocery store, all of the things everyone takes for granted. I have Jim to thank for that. To this day he has accepted my thanks but refuses any payment. Of course I broke the hearing aid this year and when a mutual friend told Jim, he once again made a few calls and brought me to the store to get me a replacement. I was embarrassed, but I should have known that Jim paid for lifetime insurance knowing how construction work takes a beating on us all.

I could go on. I mean, Jim even paid to have my eyes fixed. Jim noticed that my eyes were becoming foggier and that job sites were more dangerous for me. Again, he made the call, paid for me to take two days off and brought me to my appointment to get my cataracts removed. My first reaction was that I had forgotten how beautiful colors were and my second was to thank Jim.

Jim has told me about his crimes, but I see someone very different than that. I see someone who knows, respects and cares for other people, even a carpenter who couldn't hear. As I said, I can now hear and see because of Jim, that's a fact. I respect Jim for taking responsibility for his crimes, but I respectfully ask for you to consider the good that he has done and will continue to do. He has been a good influence in my small construction world, and I know to other people as well. I hope you can show him some leniency.

Sincerely,

Charlie Lopas

Sheryl Vizvary
63 Oriole Avenue
Providence, RI 02906
blackslist@gmail.com

The Honorable Timothy S. Hillman
United States District Court Judge
District of Massachusetts
Donahue Federal Building
595 Main Street
Worcester, MA 01608

March 21, 2021

Dear Judge Hillman,

My heart breaks for a man that I have only known for 1 ½ years because he has to go to prison. I understand that Jim Levin pled guilty and in the interest of justice must serve time, but I also know that a community, a family will be devastated by Jim's loss, even for a day. It is difficult to truly comprehend Jim's positive impact on behalf of friends and strangers, until you are one of those beneficial recipients of that impact, of the kindness and selflessness that emanates from Jim. He seems as if two people at times. Tough on the outside, unapologetic for his personality, his bluntness, while also loving and caring on the inside. Willing to help, without any reciprocation, he must derive joy from what he does for others because I have never witnessed any resentment or even a request for a favor in return.

I don't pretend to understand Jim's nature. It is an enigma that makes his personality both joyful and frustrating. I know that he is extremely smart and uses that to benefit others. I have heard stories of the trials and tribulations of Jim's childhood and how he persevered where others may have failed. He even has been open about his struggles with alcoholism. But I have also watched the toll that the indictment, the preparation for trial, and then his eventual plea has taken on him, especially this past year. While still strong in body and mind, he is now broken.

I know some people might despise Jim for his unapologetic nature and his constant drive to do more, to be better. I know that Jim's personality causes some to bristle while others respect and adore him. But I have looked into Jim's eyes when he described the events in Worcester, and I see a man who suffers and is so hurt and remorseful for his failure and his actions. Jim has the weight of the world on his shoulders – not for the time he must serve in prison – he understands that necessity, but for his responsibility in the failure of the May Street project.

But I still weep.

My name is Sheryl Vizvary. I am a 75-year-old retired Registered Nurse, a mother of five and I too have struggled. I have worked so hard to raise my children without help after my husband abandoned me and my children when my youngest was 1. So, I am sometimes sad for my children when I hear Jim's stories about Denys's childhood and the incredible love that Denys received from his father. But those stories also give me hope that there are better men in this world than my ex-husband. I also wish that my children have the same support of a spouse that Jim provides Jan, although I know of the toll that his actions have taken on their relationship.

Originally, my first draft of my letter included many stories of Jim's unsolicited help toward me, but in respect of your time, I have boiled it down to two. My daughter and Jim have known each other for years and Jim knows how important I am to my daughter and she to me. An off the cuff comment from my daughter led to Jim coming to my home and removing 5 trees on my property with a chainsaw and the help of one person. At 61, he climbed up these trees to carefully remove them piece by piece and then negotiated with a contractor to have the last two giant trees removed at an extremely reasonable rate. Jim validated my fears that these trees were a danger to my house. And the storms that happened merely months later, knocking down two of my neighbor's trees, made me sigh with relief. Since Jim had acted so quickly, I was safe and forever grateful.

I do want to share one other story that shows the lengths that Jim will navigate to help others. I apologize, your honor, but the following story is not for the faint of heart as it is about the death of a possum that was discovered in the undercarriage of my car. While my daughter first discovered the reason for the smell in my car, it was Jim who designed a backyard lift system with a wooden plank and blocks to lift my car off the ground so that Jim could reach under my sedan. Jim discovered that a plate screwed under the engine made it nearly impossible to reach the possum. So, although it was nearly impossible, Jim then spent the next 5-10 minutes reaching up and over the plate to slowly remove bones, fur and the remainder of the carcass. It had been quite a large possum. Covered in blood and fur, Jim politely excused himself to shower. I was mortified, but Jim simply looked at me, smiled and told me that I should be all set – no more smell, no more worries.

As I continue to reflect on the choice that you must make, your honor, I just hope that you understand that despite his actions in Worcester, Jim is a rare human being. He provides so much love and support to others and has so much more love and support to give. If only there were more Jim Levin's in this world.

Sincerely,

Sheryl Vizvary